AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Diamonds Direct USA, Inc. and Diamonds Direct USA of Richmond LLC <br> *Plaintiff* <br> v. <br> BFJ Holdings, Inc. d/b/a Capri Jewelers <br> *Defendant* | Civil Action No. **3:12CV303** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BFJ Holdings, Inc. d/b/a Capri Jewelers
Christopher DeCapri, Registered Agent
11525 West Broad Street
Richmond, VA 23233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John R. Owen, Esq.
Julie S. Palmer, Esq.
Harman, Claytor, Corrigan & Wellman, PC
P.O. Box 70280
Richmond, VA 23255

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **April 23, 2012**

_____
*Signature of Clerk or Deputy Clerk*