IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DIAMONDS DIRECT USA, INC. and
DIAMONDS DIRECT USA OF RICHMOND,
LLC,

    Plaintiffs and Counterclaim
    Defendants,

v.                                        Case No. 3:12CV303

BFJ HOLDINGS, INC., D/B/A CAPRI
JEWELERS,

    Defendant and Counterclaim Plaintiff.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher C. Spencer enters his appearance as counsel for BFJ Holdings, Inc. in this matter. His contact information is:

        Christopher C. Spencer (VSB # 21878)
        O'HAGAN SPENCER LLP
        6806 Paragon Place, Suite 200
        Richmond, Virginia 23230
        Direct Dial: 804.285.5220
        Facsimile:  804.285.5210
        cspencer@ohaganspencer.com

Mr. Spencer hereby certifies that he is admitted to practice in this Court.

                                        BFJ HOLDINGS, INC.,  D/B/A  CAPRI
                                        JEWELERS

                                        By Counsel

          /s/
Christopher C. Spencer (VSB # 21878)
Direct Dial: 804.285.5220
cspencer@ohaganspencer.com
Attorney for BFJ Holdings, Inc.
O'HAGAN SPENCER LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Telephone: 804.285.5200
Facsimile:  804.285.5210

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of May 2012 the foregoing was electronically filed and served using the CM/ECF system which will then send a notification of such filing (NEF) to the parties:

John R. Owen, Esq. (VSB # 39560)
Julie S. Palmer, Esq. (VSB # 65800)
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
Attorneys for Plaintiffs
P.O. Box 70280
Richmond, Virginia 23255
Telephone: (804) 747-5200
Facsimile:  (804) 747-6085
jowen@hccw.com
jpalmer@hcww.com

      And I hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Raboteau T. Wilder, Esq. (not admitted in Virginia)
Jackson R. Price, Esq. (not admitted in Virginia)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
3500 One Wachovia Center
301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4900
Facsimile:  (804) 338-7855
rwilder@wcsr.com
JaPrice@wcsr.com

                                                                    /s/

                                      Christopher C. Spencer (VSB # 21878)
                                      Direct: 804.285.5220
                                      cspencer@ohaganspencer.com
                                      Attorney for BFJ Holdings, Inc.
                                      O'HAGAN SPENCER LLP
                                      6806 Paragon Place, Suite 200
                                      Richmond, VA 23230
                                      Telephone:  804.285.5220
                                      Facsimile: 804.285.5210