IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DIAMONDS DIRECT USA, INC. and
DIAMONDS DIRECT USA OF RICHMOND
LLC,

    Plaintiffs and Counterclaim
    Defendants,

v.                                       Case No. 3:12CV303

BFJ HOLDINGS, INC., D/B/A CAPRI
JEWELERS,

    Defendant and Counterclaim Plaintiff.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and Fed. R. Civ. P. 7.1, BFJ Holdings, Inc., D/B/A/ Capri Jewelers states that there are no parents, trusts, subsidiaries and/or affiliates of BFJ Holdings, Inc. that have issued shares or debt securities to the public.

                                                        BFJ HOLDINGS, INC., D/B/A CAPRI
                                                        JEWELERS,

                                                        By Counsel

_____/s/_____
Christopher C. Spencer (VSB No. 21878)
Direct: 804.285.5220
cspencer@ohaganspencer.com
Sandra M. Holleran (VSB No. 28808)
Direct: 804.285.5222
sholleran@ohaganspencer.com
Attorneys for BFJ Holdings, Inc.
O'HAGAN SPENCER LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Facsimile: 804.285.5210

_____/s/_____
Ian D. Titley (VSB No. 27531)
Attorney for BFJ Holdings, Inc.
Direct: 804.364.0405
idt@schroderfidlow.com
SCHRODER FIDLOW, PLC
1901 E. Franklin St. #107
Richmond, VA 23223
Direct: 804.364.0405

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2012 the foregoing was electronically filed and served using the CM/ECF system which will then send a notification of such filing (NEF) to the parties:

John R. Owen, Esq. (VSB # 39560)
Julie S. Palmer, Esq. (VSB # 65800)
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
Attorneys for Plaintiffs and Counterclaim Defendants
P.O. Box 70280
Richmond, Virginia 23255
Telephone: (804) 747-5200
Facsimile: (804) 747-6085
jowen@hccw.com
jpalmer@hcww.com

And I hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Raboteau T. Wilder, Esq. (not admitted in Virginia)
Jackson R. Price, Esq. (not admitted in Virginia)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Attorneys for Plaintiffs and Counterclaim Defendants
3500 One Wachovia Center
301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4900
Facsimile: (804) 338-7855
rwilder@wcsr.com
JaPrice@wcsr.com

/s/
Christopher C. Spencer (VSB No. 21878)
Direct: 804.285.5220
cspencer@ohaganspencer.com
Sandra M. Holleran (VSB No. 28808)
Direct: 804.285.5222
sholleran@ohaganspencer.com
Attorneys for BFJ Holdings, Inc.
O'HAGAN SPENCER LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Facsimile: 804.285.5210
