IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DIAMONDS DIRECT USA, INC. AND
DIAMONDS DIRECT USA OF RICHMOND,
LLC,

    Plaintiffs and Counterclaim Defendants,

v.                                   Case No. 3:12-CV-303

BFJ HOLDINGS, INC. D/B/A CAPRI
JEWELERS,

    Defendant and Counterclaim Plaintiff.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Diamonds Direct USA, Inc. and Diamonds Direct USA of Richmond, LLC in the above

captioned action, certifies that:

(1) There are no parents, trusts, subsidiaries, and or affiliates of Diamonds Direct USA,

      Inc. or Diamonds Direct USA of Richmond, LLC that have issued shares or debt

      securities to the public.

(2) The following are shareholders in Diamonds Direct USA, Inc., a non-publicly traded

      and closely-held corporation: Alon Arabov, Doron Arabov, and Itay Berger.

(3) Diamonds Direct USA of Richmond, LLC is wholly owned by Diamonds Direct

      USA, Inc.

                              **DIAMONDS DIRECT, USA, INC. and**
                              **DIAMONDS DIRECT USA OF**
                              **RICHMOND, LLC**

                              By Counsel

2

/s/ _____

John R. Owen
VSB No. 39560
Attorney for Plaintiffs
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
jowen@hccw.com

Raboteau T. Wilder, Jr., Esq. (not admitted in Virginia)
Jackson R. Price, Esq. (not admitted in Virginia)
Womble Carlyle Sandridge & Rice, PLLC
3500 One Wachovia Center
301 South College Street
Charlotte, NC 28202
(704) 331-4900
(704) 338-7855 - facsimile
rwilder@wcsr.com
JaPrice@wcsr.com

**C E R T I F I C A T E**

I hereby certify that on the 23rd day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher C. Spencer, Esq.
VSB No. 21878
Sandra M. Holleran
VSB No. 28808
*Attorneys for Defendant*
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230

Ian D. Titley, Esq.
VSB No. 27531
*Attorney for Defendant*
Schroder Fidlow, PLC
1901 East Franklin Street, Suite 107
Richmond, VA 23223

/s/
John R. Owen
VSB No. 39560
Attorney for Plaintiffs
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
jowen@hccw.com

3