IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DIAMONDS DIRECT USA, INC. and DIAMONDS DIRECT USA OF RICHMOND, LLC, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> BFJ HOLDINGS, INC., D/B/A CAPRI JEWELERS, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:12CV303 |

### BFJ HOLDINGS, INC.'S MOTION FOR SUMMARY JUDGMENT

BFJ HOLDINGS, INC. D/B/A CAPRI JEWELERS, pursuant to Fed. R. Civ. P. 56 and Local Rule 56, moves the Court for summary judgment all counts of the plaintiffs' complaint and all counts of Capri Jewelers' counterclaim, as well as an award of its attorneys' fees and costs, for the reasons stated in the accompanying brief in support of this motion for summary judgment.

BFJ HOLDINGS, INC., D/B/A CAPRI JEWELERS

By Counsel

/s/ Sandra M. Holleran
Christopher C. Spencer (VSB No. 21878)
Direct Dial: 804.285.5220
Email: cspencer@ohaganspencer.com
Sandra M. Holleran (VSB No. 28808)
Direct Dial: 804.285.5222
Email: sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200

Richmond, VA 23230
Telephone: 804.285.5200
Facsimile: 804.285.5210
*Counsel for Defendant and Counterclaim Plaintiff*
*BFJ Holdings, Inc. D/B/A Capri Jewelers*

Ian D. Titley (VSB No. 27531)
Schroder Fidlow, PLC
idt@schroderfidlow.com
1901 E. Franklin Street, Suite 107
Richmond, VA 23233
Telephone: 804.364.0405
Facsimile: 800.906.7542
*Counsel for Defendant and Counterclaim Plaintiff*
*BFJ Holdings, Inc. D/B/A Capri Jewelers*

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2012, the foregoing was electronically filed and served using the CM/ECF system which will then send a notification of such filing (NEF) to the parties:

John R. Owen, Esq. (VSB No. 39560)
Julie S. Palmer, Esq. (VSB No. 65800)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Telephone: 804.747.5200
Facsimile: 804.747.6085
jowen@hcww.com
jpalmer@hcww.com
*Counsel for Plaintiffs and Counterclaim Defendants*
*Diamonds Direct USA, Inc.*
*Diamonds Direct USA of Richmond, LLC*

Raboteau T. Wilder, Esq.
(not admitted in Virginia)
Jackson R. Price, Esq.
(not admitted in Virginia)
Womble Carlyle Sandridge & Rice, PLLC
3500 One Wachovia Center
301 South College Street

Charlotte, NC 28202
Telephone: 704.331.4900
Facsimile: 704. 338.7855
rwilder@wcsr.com
japrice@wcsr.com
*Counsel for Plaintiffs and Counterclaim Defendants*
*Diamonds Direct USA, Inc.*
*Diamonds Direct USA of Richmond, LLC*

/s/
Sandra M. Holleran (VSB No. 28808)
Direct Dial: 804.285.5222
Email: sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, Virginia 23230
Telephone: 804.285.5200
Facsimile: 804.285.5210
*Counsel for Defendant and Counterclaim Plaintiff*
*BFJ Holdings, Inc. D/B/A Capri Jewelers*