IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DIAMONDS DIRECT USA, INC. and )
DIAMONDS DIRECT USA OF )
RICHMOND, LLC, )
                                              )
    Plaintiffs and Counterclaim )
    Defendants, )
                                              )
v.                                            )    Case No. 3:12CV303
                                              )
BFJ HOLDINGS, INC. D/B/A CAPRI )
JEWELERS, )
                                              )
    Defendant and Counterclaim )
    Plaintiff. )

## ORDER

For the reasons stated in the Court's October 2, 2012 Memorandum Opinion (Doc. No. 103), BJF Holdings, Inc.'s Motion for Preliminary Injunction is GRANTED. Diamonds Direct USA, Inc. and Diamonds Direct USA of Richmond, Inc., and their agents, servants, employees and all those acting in concert or participation with them are enjoined from using the Diamonds Direct[SM] trademark in Virginia in connection with any business that is conducted in Virginia. This does not prevent the plaintiffs from advertising in Virginia any business or business locations that are outside of Virginia.

This injunction shall remain in force and effect during the pendency of this litigation and until further order of this Court.

It is further ORDERED that Capri Jewelers shall post a cash or surety bond with the Court in the amount of $25,000, which represents the approximate cost of the sign that Diamonds Direct USA, Inc. had purchased for its new location.

The Clerk is directed to send a copy of this Order to all counsel of record.



RECEIVED
OCT - 5 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

It is so ORDERED.

_____ /s/
Henry E. Hudson
United States District Judge

Date: Oct. 9 2012
Richmond, Virginia